Jones, J.
Rm. 620

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/21/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
PETER DOHLE SCHIFFAHRTS KG          :

                    Plaintiff,      :

        - against -                 :              07 CV 11385
                                                   ECF CASE
A.C. OERSSLEFF'S EFTF A/S           :

                    Defendant.      :
------------------------------------------------------X

## EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT

**WHEREAS**, on December 19, 2007 Plaintiff, Peter Dohle Schiffahrts KG filed a Verified

Complaint herein for damages against the Defendant, A.C. Oerssleff's Eftf A/S amounting to

$1,651,988.15 and praying for the issuance of Process of Maritime Attachment and Garnishment

pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims

of the Federal Rules and Civil Procedure; and

**WHEREAS**, the Process of Maritime Attachment and Garnishment would command that the

United States Marshal or other designated process server attach any and all of the Defendant's

property within the District of this Court; and

**WHEREAS**, the Court has reviewed the Verified Complaint and the Supporting Affidavit,

and the conditions of Supplemental Admiralty Rule B appearing to exist;

**NOW**, upon motion of the Plaintiff, it is hereby:

**ORDERED**, that Pursuant to Rule B of the Supplemental Rules for Certain Admiralty and

Maritime Claims, the Clerk of the Court shall issue Process of Maritime Attachment and

Garnishment against all tangible or intangible property, credits, letters of credit, bills of lading,

effects, debts and monies, electronic funds transfers, freights, sub-freights, charter hire, sub-charter

hire or any other funds or property up to the amount of $1,651,988.15 belonging to, due or being transferred to, from or for the benefit of the Defendant, including but not limited to such property as may be held, received or transferred in Defendant's name or as may be held, received or transferred for its benefit at, moving through, or within the possession, custody or control of banking/financial institutions and/or other institutions or such other garnishee(s) to be named on whom a copy of the Process of Maritime Attachment and Garnishment may be served; and it is further

ORDERED that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further order of the Court; and it is further

ORDERED that following initial service by the U.S. Marshal or other designated process server upon each garnishee, that supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may be made by facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee; and it is further

ORDERED that service on any garnishee as described above is deemed effective continuous service throughout the day from the time of such service through the opening of the garnishee's business the next business day; and it is further

ORDERED that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) each garnishee may consent, in writing, to accept service by any other means.

Dated: _Dec. 20_, 2007

A CERTIFIED COPY
J. MICHAEL McMAHON,                    CLERK

_Janeen Miles_
DEPUTY CLERK

SO ORDERED:

_Barbara S. Jones_
U. S. D. J.

2