UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PETER DOHLE SCHIFFAHRTS KG.,                :      07 cv 11385 (BSJ)
                                             :
        Plaintiff,                          :
                                             :      **NOTICE OF**
    - against -                              :      **RESTRICTED APPEARANCE**
                                             :
A.C. OERSSELEFF'S EFTF A/S,                  :
                                             :
        Defendants.                         :
-----------------------------------------------------------------X

       A.C. OERSSLEFF'S EFTF A/S by and through its undersigned counsel, hereby enters its restricted appearance pursuant to Supplemental Rules E(4)(f) and E(8) in this action for the purpose of seeking to vacate the Ex Parte Order dated December 21, 2007, or alternatively, modifying the Ex Parte Order and/or for security on its counterclaim under Supplemental Rule (E(7).

Dated: February 13, 2008
      New York, NY

                                LENNON, MURPHY & LENNON, LLC
                                *Attorneys for* **A.C. OERSSELEFF'S EFTF A/S**

      By:  _____
                    Kevin J. Lennon
                    The GrayBar Building
                    420 Lexington Avenue, Suite 300
                    New York, NY 10170
                    (212) 490-6050 - phone
                    (212) 490-6070 - facsimile
                    kjl@lenmur.com

## CERTIFICATION OF SERVICE

I hereby certify that on February 13, 2008, a copy of the foregoing **RESTRICTED APPEARANCE** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

/Kevin J. Lennon