UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VERSTIGSTE GROSSE BLEICHEN SCH,        :        07 CV 11385 (BSJ)
                                        :
            Plaintiff,              :        ECF CASE
                                        :
- against -                             :
                                        :
A.C. OERSSLEFF'S EFTF A/S,              :
                                        :
            Defendant.              :
------------------------------------------------------------X

### DISCLOSURE OF INTERESTED PARTIES
### PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Defendant certifies that the following are corporate parents, subsidiaries, or affiliates of the Defendant: NONE.

Dated: February 21, 2008
      New York, NY

                                                  The Defendant,
                                                  A.C. OERSSLEFF'S EFTF A/S

                                                    By: _____
                                                        Kevin J. Lennon

                                                   LENNON, MURPHY & LENNON, LLC
                                                   The Gray Bar Building
                                                   420 Lexington Ave., Suite 300
                                                   New York, NY 10170
                                                   (212) 490-6050
                                                   facsimile (212) 490-6070
                                                   kjl@lenmur.com