UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VERSTIGSTE GROSSE BLEICHEN SCH,

                Plaintiff,   :   07 Civ. 11385 (BSJ)

  - against -   :   ECF CASE

A.C. OERSSLEFF'S EFTF A/S,

                Defendant.
-----------------------------------------------------------------X

## ORDER LIFTING MARITIME ATTACHMENT, APPROVING SURETY BOND AND RELEASING FUNDS UNDER ATTACHMENT

And now, this 22nd day of February, 2008, upon the application of counsel for the Defendant, A.C. Oerssleff's EFTF A/S, for the approval of a surety bond to be filed in the within proceedings, pursuant to Supplemental Admiralty Rule E(5)(a) and 28 U.S.C. § 2464, for the purpose of lifting the maritime attachment issued hereunder;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That the amount of bond to be filed by the Defendant is hereby fixed at the sum of ONE MILLION SIX HUNDRED FIFTY ONE THOUSAND, NINE HUNDRED EIGHTY EIGHT DOLLARS AND FIFTEEN CENTS ($1,651,988.15);

2. That the form of the bond filed by Defendant and provided by the surety, International Fidelity Insurance Company, in the amount of ONE MILLION SIX HUNDRED FIFTY ONE THOUSAND, NINE HUNDRED EIGHTY EIGHT DOLLARS AND FIFTEEN CENTS ($1,651,988.15); is hereby approved by the Court;

3. That the maritime attachment of the Defendant's property, if any, in the hands of any and all garnishees in the within proceedings is hereby released and no further attachment of Defendant's property shall be permitted under the Amended Ex Parte Order and Process of Maritime Attachment and Garnishment allowed by the Amended Ex Parte Order vacated; and

4. Nothing herein shall operate, or be construed as, affecting or limiting Defendant's rights to seek relief within this action including, but not limited to, countersecurity for the surety bond premium under Supplemental Rule E(2)(b).

Dated: February 22, 2008
New York, NY

SO ORDERED:

_____
Honorable Barbara S. Jones, U.S.D.J.